Thomas, LORD OF SHALFORD; Linda, Lady of Shalford, his wife, Plaintiffs–Appellants,

v.

SHELLEY'S JEWELRY, INCORPORATED, d/b/a Shelley's Auction Gallery; Joette M. Humphrey; John F. Laughter; Billy R. Ramsey; Keith G. Shelley; Stanley R. Shelley, Defendants–Appellees,

and

Jewelers Mutual Insurance Company, Defendant.

No. 01–1077.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided Sept. 10, 2001.

Thomas, Lord of Shalford, Linda, Lady of Shalford, pro se. Frank J. Contrivo, Andrew James Santaniello, Frank J. Contrivo, P.A., Asheville, NC, for appellees.

Before WILKINS, WILLIAMS, and TRAXLER, Circuit JJ.

PER CURIAM.

Thomas, Lord of Shalford, and Linda, Lady of Shalford, appeal the district court's order granting summary judgment in this diversity action. We have reviewed

---

**5.** By our decision to remand for further consideration, we take no position on the ultimate merits of the case.

the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Lord of Shalford v. Shelley's Jewelry, Inc.,* No. CA–99–162–1 (W.D.N.C. Dec. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*